KEVIN R. WHEELER,
LISA I. WHEELER
2139 Streamway Court
Gwynn Oak, MD 21207
<u>In Proper Persona</u>
KEVIN R. WHEELER,
LISA I. WHEELER

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY
## STATE OF MARYLAND

| | |
|---|---|
| KEVIN R. WHEELER, <br> LISA I. WHEELER <br> 2139 Streamway Court <br> Gwynn Oak, MD 21207 <br> Plaintiffs <br> vs. <br><br> GOVERNMENT NATIONAL MORTGAGE <br> ASSOCIATION (GNMA), a.k.a. GINNIE MAE, <br> Potomac Center <br> South 550 12th Street, SW <br> Third Floor <br> Washington, DC 20024 | Civil Case No. <br> 03-C-13-000-403 Qt <br> 03-C-13-000 404 Qt <br><br> **VERIFIED COMPLAINT TO QUIET TITLE ACTION, INJUNCTIVE RELIEF, JURY TRIAL DEMAND** |

-1-

Defendant

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC (Collectively known as MERS INC
and MERS Any Unknown Heirs, Devisees, Grantees,
Creditors, Successor In Interests, And Other Unknown
Persons, Or Unknown Spouses Claiming By, Through
And Under Any of The Above-Named Defendants),
1818 Library Street
Suite 300
Reston, VA 20190
Defendant

**VERIFIED COMPLAINT TO QUIET TITLE ACTION,
INJUNCTIVE RELIEF, JURY TRIAL DEMAND**

COMES NOW, "KEVIN R. WHEELER and LISA I. WHEELER " being the

"Plaintiffs" in this matter make claims to protect their vested <u>enforceable security

interest</u> fee simple to a certain **Refinance Deed Of Trust, Liber 0029190 Folio 279

(Exhibit A)** for property situated in BALTIMORE COUNTY, STATE OF

MARYLAND, pursuant to Maryland statute, Md. Real Prop. Code Ann. Sec. 14-

108, (a) and (b), Maryland Rule 14–209(b) and Maryland Rule 14–305(d) under the

Jurisdiction of this court. In good faith Plaintiffs hereby seek immediate Injunctive

Relief for REAL Property, against and from GOVERNMENT NATIONAL MORTGAGE ASSOCIATION (GNMA), a.k.a. GINNIE MAE, a named individual Defendant and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC (Collectively known as MERS INC and MERS Any Unknown Heirs, Devisees, Grantees, Creditors, Successor In Interests, And Other Unknown Persons, Or Unknown Spouses Claiming By, Through And Under Any of The Above-Named Defendants), a named individual Defendant. Plaintiffs now bring this action to real property against Defendants individually from and allege:

*FILE NUMBER MD 09066*

*ALL THAT PIECE OR PARCEL OF LAND SITUATE, LYING AND BEING IN BALTIMORE COUNTY, STATE OF MARYLAND, DESCRIBED AS FOLLOWS, TO WIT BEING KNOWN AND DESIGNATED AS LOT NUMBERED 1S, BLOCK LETTERED "A", AS SHOWN ON THE SUBDIVISION PLAT ENTITLED, "RESUBDIVISION OF THE AMENDED PLAT OF "STREAMWOOD", WHICH PLAT IS RECORDED AMONG THE LAND RECORDS OF BALTIMORE COUNTY, MD IN PLAT BOOK 68, FOLIO 18 THE IMPROVEMENT THEREON BEING KNOWN AS 2139 STREAMWAY CT Tax ID Number 01-2200025514*

## JURISDICTION

Wherefore this matter involves an issue of clouds on title dispute concerning state laws involving property situated in the state of Maryland, under Maryland statute. Subject Matter Jurisdiction is proper in this court to Quiet Title pursuant to Maryland statute, Md. Real Prop. Code Ann. Sec. 14-108, (a) Conditions and (b) Proceeding clears clouds on title free and clear. Pursuant to Maryland Rule 14–209(b) and Maryland Rule 14–305(d).

Plaintiffs are the rightful owners of property, Plaintiffs are <u>FEE simple</u> to a certain Refinance Deed Of Trust, Liber 0029190 Folio 279 that is in danger of an <u>**unenforceable security interest takeover**</u> for property situated in BALTIMORE COUNTY, STATE OF MARYLAND under the Jurisdiction of this court.

Refer to Wells Fargo Home Mortgage, Inc. v. Neal, 398 Md. 705, 726, 922 A.2d 538 (2007).

Review U.C.C. 3-302. HOLDER IN DUE COURSE. (a) Subject to

subsection (c) and Section 3-106(d), "holder in due course".

## PARTIES

"KEVIN R. WHEELER and LISA I. WHEELER" being the "Plaintiffs" claims <u>enforceable security interest</u> fee simple to a certain **Refinance Deed Of Trust, Liber 0029190 Folio 279 (Exhibit A)** for property situated in BALTIMORE COUNTY, STATE OF MARYLAND, pursuant to Maryland statute, Md. Real Prop. Code Ann. Sec. 14-108, (a) and (b), Maryland Rule 14–209(b) and Maryland Rule 14–305(d) under the Jurisdiction of this court. **Seek VERIFIED COMPLAINT TO QUIET TITLE ACTION, INJUNCTIVE RELIEF, JURY TRIAL DEMAND**. Their address for service is 2139 Streamway Court Gwynn Oak, MD 21207.

GOVERNMENT NATIONAL MORTGAGE ASSOCIATION (GNMA), a.k.a. GINNIE MAE, has been named by Plaintiffs as an individual Defendant who was named as the holder of the promissory note and security instrument (Refinance

Deed Of Trust) by their mortgage servicer **BB&T in a Qualified Written Request response to Plaintiffs in a letter dated November 20, 2012 (Exhibit B).** There remains no recording appearing in public records to claim such enforceable security interest by GINNIE MAE as a **Holder In Due Course - U.C.C. 3-302. HOLDER IN DUE COURSE** to collect payments under the **Refinance Deed Of Trust, Liber 0029190 Folio 279.** The physical location for GOVERNMENT NATIONAL MORTGAGE ASSOCIATION (GNMA), a.k.a. GINNIE MAE is Potomac Center South 550 12th Street, SW, Third Floor Washington, DC 20024. The registered address for service is GINNIE MAE Potomac Center South 550 12th Street, SW, Third Floor Washington, DC 20024.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC (Collectively known as MERS INC and MERS Any Unknown Heirs, Devisees, Grantees, Creditors, Successor In Interests, And Other Unknown Persons, Or Unknown Spouses Claiming By, Through And Under Any of The Above-Named

Defendants), a named individual Defendant. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC is named as an individual Defendant because in this matter they never held beneficiary interest in the promissory note and security instrument, Refinance Deed Of Trust, Liber 0029190 Folio 279 for Plaintiffs property. Plaintiffs seek **<u>Injunctive Relief</u>** to clear CLOUDS on title **to prevent unenforceable security interest transfers of the promissory note and security instrument (Refinance Deed Of Trust, Liber 0029190 Folio 279)**. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC corporate address is verified as 1818 Library Street Suite 300 Reston, VA 20190. The registered agent and address for service is Sharon McGann Horstkamp 1818 Library Street Suite 300 Reston, VA 20190.

### CLOUDS

### COUNT 1

The original lender for Plaintiffs' property commonly known as 2139

Streamway Court Gwynn Oak, MD 21207 is US Mortgage Finance Corp, A Corporation the loan was originated on January 25, 2010.

## COUNT 2

The Deed of Trust has an individual described as the Trustee. Charles R. Bell Jr. is the Trustee. The Beneficiary is identified as Defendant Mortgage Electronic Registration Systems, Inc. (MERS). It is impossible for Defendant Mortgage Electronic Registration Systems, Inc. (MERS) to hold *Beneficiary interest* because they **never held title**; therefore the chain of title does not reflect the proper Holder In Due Course.

**Review Bellistri v. Ocwen Loan Servicing, LLC, 284 S.W.3d 619.**

## COUNT 3

The original lender US Mortgage Finance Corp. entered a Consent Agreement And Order filed on January 16, 2008 **(Exhibit C).**

## COUNT 4

REMIC law has been violated and missing and intervening Assignment transfers have not been recorded within 90 days.

## REAL ESTATE MORTGAGE INVESTMENT CONDUIT "REMIC" PURSUANT TO I.R.C §860A-G.

## COUNT 5

Defendant GOVERNMENT NATIONAL MORTGAGE ASSOCIATION (GNMA), a.k.a. GINNIE MAE is not a Holder In Due Course to enforce security interest to collect on payment for the Refinance Deed Of Trust, Liber 0029190 Folio 279. No recording appearing in public records reflects how Defendant GOVERNMENT NATIONAL MORTGAGE ASSOCIATION (GNMA), a.k.a. GINNIE MAE is a Holder In Due Course.

*U.C.C. 3-302. HOLDER IN DUE COURSE. (a) Subject to subsection (c) and Section 3-106(d), "holder in due course".*

**Clear Title May Not Derive From Fraud, Including a**

**bona fide purchaser for value.**

## COUNT 6

Plaintiffs rightfully hold title to the subject property and not Defendants.

## COUNT 7

Plaintiffs are credibly informed and assert that these non-real party(ies) in interest named Defendants or unidentified Defendants make claims that are adverse to Plaintiffs' claims.

## COUNT 8

Defendant Mortgage Electronic Registration Systems, Inc. (MERS) was merely a separate entity and never held beneficiary interest in Plaintiffs' property. Placement into Defendant Mortgage Electronic Registration Systems, Inc. (MERS) registry separated the promissory note and security instrument (Refinance Deed Of Trust, Liber 0029190 Folio 279), Defendant Mortgage Electronic Registration Systems, Inc. (MERS) never held beneficiary interest any transfer is a nullity.

Therefore a null security agreement is unenforceable for Foreclosure and is a CLOUD on title.

## COUNT 9

Separating of the Refinance Deed Of Trust, Liber 0029190 Folio 279 from the note has occurred one or more or many times making it null, deficient, and illegal to enforce.

United States Supreme Court, Carpenter v. Longan, 83 U.S. 16 Wall. 271 271 (1872).

"The note and mortgage are inseparable; the former as essential, the latter as an incident. An assignment of the note carries the mortgage with it, while an assignment of the latter alone is a nullity."

WHEREFORE, Plaintiffs make prays to this court for VERIFIED COMPLAINT TO QUIET TITLE ACTION, INJUNCTIVE RELIEF, JURY TRIAL DEMAND to be granted with the following:

Declaring Refinance Deed Of Trust, Liber 0029190 Folio 279 for property situated in BALTIMORE COUNTY, STATE OF MARYLAND, as Null and VOID, Cancelling said Security Instrument, Quieting Title to the property. Asserting to protect beneficiary interest fee simple against and from the individually named Defendants and all persons claiming under as Defendants and declaring the Assignment rights past and present claimed by Defendants as null, deficient, and illegal to enforce.

**Respectfully submitted this** 7th **day of** ~~December 2012~~ January 2013 **in BALTIMORE MARYLAND**

Signed:

*Kevin R. Wheeler*

**KEVIN R. WHEELER**

**Signed:**

_____

**LISA I. WHEELER**

**KEVIN R. WHEELER,**
**LISA I. WHEELER**
**2139 Streamway Court**
**Gwynn Oak, MD 21207**

## VERIFICATION

I/ We, KEVIN R. WHEELER, LISA I. WHEELER, certify the following:

1. The Statements provided are true and correct to the best of my knowledge.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 7th day of ~~December 2012~~ January 2013

Signed:

*Kevin R. Wheeler*

**KEVIN R. WHEELER**

Signed:

*Lisa I. Wheeler*

**LISA I. WHEELER**

Sworn to and subscribed before me appeared KEVIN R. WHEELER and LISA I. WHEELER

This 7th day of ~~December 2012~~ January 2013

_____
NOTARY PUBLIC

Commission Expires: 03/13/16

SEAL

> **AHD KHALIFA**
> Notary Public
> Baltimore County
> Maryland
> My Commission Expires Mar. 13, 2016

# CERTIFICATE OF SERVICE

This is to certify that I/ We, KEVIN R. WHEELER, LISA I. WHEELER, have this day served on the following party of record with a copy by depositing "VERIFIED COMPLAINT TO QUIET TITLE ACTION, INJUNCTIVE RELIEF, JURY TRIAL DEMAND" in the United States Mail a copy of the same in a properly addressed envelope with sufficient postage thereon to insure delivery as follows:

**GINNIE MAE**
**Potomac Center**
**South 550 12th Street, SW**
**Third Floor**
**Washington, DC 20024**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**
**1818 Library Street**
**Suite 300**
**Reston, VA 20190**

Executed this 7th day of ~~November 2012~~ January 2013 in BALTIMORE COUNTY MARYLAND

Signed:

_Kevin R Wheeler_
**KEVIN R. WHEELER**

Signed:

_Lisa I. Wheeler_
**LISA I. WHEELER**

**KEVIN R. WHEELER,**
**LISA I. WHEELER**
2139 Streamway Court
Gwynn Oak, MD 21207