IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEVIN R. WHEELER, ET AL. | * | |
| | * | |
| v. | * | Civil No. – JFM-13-745 |
| | * | |
| GOVERNMENT NATIONAL MORTGAGE | * | |
| ASSOCIATION, ET AL. | * | |

******

**MEMORANDUM**

Plaintiff has instituted this *pro se* action against Mortgage Electronic Registration Systems, Inc. and Government National Mortgage Association ("Ginnie Mae"). Both defendants have filed motions to dismiss. Plaintiffs have filed their own motion for summary judgment. The issues have been fully briefed. Defendants' motion will be granted, and plaintiff's motion will be denied.

The gravamen of plaintiff's complaint seems to be that Ginnie Mae's security interest has not been recorded under Maryland law. The underlying fallacy in this argument is that the failure to register Ginnie Mae's security interest would not impinge Ginnie Mae's rights. *See* 12 U.S.C. §1721(g)(3)(E)(iv). Likewise, to the extent that plaintiffs are seeking and equitable relief against Ginnie Mae, their claim is barred under federal law. *See* 12 U.S.C. §1723a(a). As to the claim against Mortgage Electronic Registration Systems, Inc., plaintiffs have made no proper allegation that Mortgage Electronic Registration Systems, Inc. violated their rights in any respect.

A separate order effecting the rulings made in this memorandum is being entered herewith.

Date: May 15, 2013           <u>/s/</u>
J. Frederick Motz
United States District Judge